# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEORGE M. ROWANN, ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 07-304 Erie |
| v. ) | |
| CITY AND COUNTY OF ERIE, ) | |
| Defendants. ) | |

## ORDER

AND NOW, *to wit,* this 4th day of January, 2008, the Plaintiff having filed a "Motion in Objection to the Chief Magistrate's Denial of Complainant Right to Appointment of Counsel" [11], which we construe as an appeal from the November 14, 2007 Order of Chief United States Magistrate Judge Baxter [8] denying his motion [5] for appointment of counsel,

IT IS HEREBY ORDERED that the Appeal is DENIED. The November 14, 2007 Order of Chief United States Magistrate Judge Baxter [8] is AFFIRMED.

IT IS FURTHER ORDERED that Plaintiff's "Motion to Show Cause, to Lift Imposed Sanction by Chief Magistrate Impugnation's Denying Complainant the Right of Appointment of Counsel, to Fore-go a Trial in District" is DENIED.

s/ Sean J. McLaughlin

Sean J. McLaughlin
United States District Judge

cm:   All parties of record.
      Chief U.S. Magistrate Judge Susan Paradise Baxter